

SUSAN L. KRUGER | SHAREHOLDER
T (202) 315-1736 | F (202) 463-6067
SUSAN.KRUGER@LESCHTLAW.COM

August 18, 2020

<u>VIA ECF</u>

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re: McFall v. Scalia, Case No. 19 CV 11581 (PMH)

Dear Judge Halpern:

I represent Plaintiff, Kathleen McFall. I am requesting an adjournment of the initial case management conference presently scheduled for August 29, 2020 due to a previously scheduled vacation. Defendant has graciously consented to this request.

The parties are both available on September 3, 2020 between 1:00 and 4:00 pm.

Respectfully,

Alan Lescht & Associates, P.C.

By: /s/Susan L. Kruger
Alan Lescht
Susan L. Kruger (admitted *pro hac vice*)
1825 K Street NW, Suite 750
Washington, D.C. 20006
Phone: 202-463-6036
Fax: 202-463-6067
alan.lescht@leschtlaw.com
susan.kruger @leschtlaw.com
*Counsel for Plaintiff*

---

Application granted. The Initial Pretrial Conference scheduled for August 27, 2020 is adjourned until September 3, 2020 at 1:00 p.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
        August 19, 2020

The Honorable Philip M. Halpern
August 18, 2020
Page 2


cc:    <u>By ECF</u>
       Defendant's counsel