# ALAN LESCHT
## & ASSOCIATES, P.C.

> Application granted. The case management conference
> scheduled for July 22, 2021 at 11:00 a.m. is adjourned to
> August 11, 2021 at 2:30 p.m. At the time of the scheduled
> conference, the parties shall call the following number: (888)
> 398-2342; access code 345683.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 5, 2021

*VIA ECF*

The Honorable Philip M. Halpern
United States District Court
500 Pearl Street
New York, NY 10007

Re:  McFall v. Scalia, Case No. 19 CV 11581 (PMH)

Dear Judge Halpern:

I am requesting an adjournment of the conference call scheduled for July 22nd. I will be attending a previously scheduled administrative hearing in another matter on that day (as well July 21st and 23rd). Defendant's attorney consents to the extension.

Sincerely,

/s/ *Susan L. Kruger*

Susan L. Kruger