UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHLEEN McFALL,

                Plaintiff,

      -against-

EUGENE SCALIA, *SECRETARY, U.S. DEPARTMENT OF LABOR*,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

19 Civ. 11581 (JCM)

In furtherance of the October 31, 2023 Order granting Defendant's request for a one day extension to serve its motion for summary judgment, (Docket Nos. 133; 134), the Court directs: (1) Plaintiff to serve (not file) her opposition papers on December 4, 2023; and (2) Defendant to serve (not file) its reply papers on December 8, 2023. All papers shall be filed on the reply date, December 8, 2023. Two hard courtesy copies of all papers shall be provided to chambers on the date they are served on opposing counsel. Finally, Defendant is directed to provide two courtesy copies of its previously-served motion for summary judgment by November 6, 2023.

Dated:   November 2, 2023
           White Plains, New York

                                                     **SO ORDERED:**

                                                     */s/ Judith C. McCarthy*
                                                     JUDITH C. McCARTHY
                                                     United States Magistrate Judge