IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KATHLEEN MCFALL,<br>                Plaintiff,<br><br>      v.<br><br>MARTIN WALSH,<br>Secretary,<br>U.S. Department of Labor,<br>                Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 7:19-cv-11581-JCM<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION
TO FILE EXHIBITS UNDER SEAL**

The motion of Plaintiff Kathleen McFall to file exhibits under seal is **GRANTED.**

Exhibits 13, 14, and 18 to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment are protected from public disclosure by the Privacy Act, 5 U.S.C. § 552a *et seq*.

Plaintiff shall file Exhibits 13, 14, and 18 to her Opposition to Defendant's Motion for Partial Summary Judgment under seal.

      **SO ORDERED.**

Dated: 1/17/2024

                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge