UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KATHLEEN MCFALL,

                        Plaintiff,                    **JUDGMENT**

-against-                                19 Civ. 11581 (JCM)

VINCE MICONE[1], SECRETARY,
U.S. DEPARTMENT OF LABOR,

                        Defendant.
-------------------------------------------------------------X

       **WHEREAS**, Plaintiff Kathleen McFall ("Plaintiff") brought the above-entitled action against Defendant U.S. Department of Labor ("Defendant"), and

       **WHEREAS**, this action was assigned to the Honorable Judith C. McCarthy, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c); and

       **WHEREAS**, this action proceeded to a jury trial on January 27, 2025; and

       **WHEREAS**, at the conclusion of trial, on February 3, 2025, the jury reached a unanimous verdict in favor of Defendant;

       **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that a jury verdict is entered in favor of Defendant. Accordingly, the Clerk is respectfully requested to close the case.

Dated: February 3, 2025
       White Plains, New York

                                                  **SO ORDERED:**

                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge

---

[1] Vince Micone is now the Acting Secretary of the U.S. Department of Labor and is thus substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.