**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KATHLEEN MCFALL,

                      Plaintiff,

         -against-                            19 **CIVIL** 11581 (JCM)

                                                        <u>**JUDGMENT**</u>

EUGENE SCALIA, SECRETARY, U.S
DEPARTMENT OF LABOR

                      Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 9, 2025, that judgment is entered in favor of Plaintiff.

**Dated:** New York, New York

      April 10, 2025

                                    **TAMMI M HELLWIG**
                               _____
                                    **Clerk of Court**

                     **BY:**   _____
                                      **Deputy Clerk**